COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00945-CR |
| Style: | Zachary Hill v. The State of Texas |
| Date motion filed[*]: | November 4, 2015 |
| Type of motion: | Fourth Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?　　No.

If motion to extend time:

　　　　Original due date:　　　　July 30, 2015

　　　　Number of extensions granted:　　3　　　　Current Due Date:　October 30, 2015

　　　　Date Requested:　　　　November 30, 2015

Ordered that motion is:

　　☑ Granted

　　　　If document is to be filed, document due:　November 30, 2015.

　　　　☑　　No further extensions of time will be granted.

　　☐ Denied

　　☐ Dismissed (*e.g.*, want of jurisdiction, moot)

　　☑ Other: _____

On October 5, 2015, the Clerk of this Court granted appellant's third extension, but warned counsel that no further extensions would be granted. Because appellant's counsel states that her public defender's office has recently lost an appellate attorney, causing unanticipated scheduling difficulties for everyone else, her fourth extension is granted, but counsel is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, if appellant's brief is not filed by November 30, 2015, the Court will abate this case for a late-brief hearing. *See id.* 38.8(b)(2).

Judge's signature: /s/ <u>Laura Carter Higley</u>
　　　　　　　　　　☒ Acting individually　　　☐ Acting for the Court

Date:　November 10, 2015

November 7, 2008 Revision